1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

**SOUTHERN DIVISION**

11
12
13

| | |
|---|---|
| EMMANUEL NUNEZ, ) | No. SA CV 12-1001-GW (PLA) |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| FRED FIGUEROA, Warden, <u>et al.</u>, ) | |
| ) | |
| ) | |
| Respondents. ) | |
| ) | |

14
15
16
17
18       Pursuant to the order adopting the findings, conclusions and recommendation of

19  United States Magistrate Judge, IT IS ADJUDGED that the petition in this matter is denied and

20  dismissed with prejudice.

21
22  DATED: August 2, 2013

                              _George H. Wu_
23                              ————————————————————
                              HONORABLE GEORGE H. WU
                              UNITED STATES DISTRICT JUDGE
24
25
26
27
28